No. 89–741. PRICE v. VIKING PENGUIN, INC., ET AL., 493 U. S. 1036; and

No. 89–5666. LACKLAND v. J. C. PENNEY CO., 493 U. S. 1036. Petitions for rehearing denied. JUSTICE BLACKMUN took no part in the consideration or decision of these petitions.

MARCH 5, 1990

(See No. 89–5999, *ante*, p. 541.)

No. 88–986. FIELDS v. DURHAM ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Zinermon* v. *Burch*, *ante*, p. 113.

No. 88–6104. HAWKINS v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Selvage* v. *Collins*, *ante*, p. 108, and *Penry* v. *Lynaugh*, 492 U. S. 302 (1989).

No. 88–6347. BRIDGE v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Selvage* v. *Collins*, *ante*, p. 108, and *Penry* v. *Lynaugh*, 492 U. S. 302 (1989).